IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SCOTT LEE HAMILTON,

    Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security
Administration

    Defendant.

CIVIL ACTION
NO. 17-5159

## ORDER

**AND NOW**, this 22nd day of July, 2019, upon considering Plaintiff Scott Lee Hamilton's Brief and Statement of Issues in Support of Request for Review (Docket No. 6), all supporting and opposing papers, the Report and Recommendation of United States Chief Magistrate Judge Linda K. Caracappa (Docket No. 15), and the objections filed by Plaintiff, it is hereby **ORDERED** as follows:

1. The Report and Recommendation of United States Chief Magistrate Judge Linda K. Caracappa (Docket No. 15) is **APPROVED** and **ADOPTED**.

2. Plaintiff's Request for Review of the decision of the Commissioner of the Social Security Administration (Docket No. 6) is **DENIED**.

3. Judgment is entered in favor of Defendant, Nancy A. Berryhill, Acting Commissioner of Social Security Administration, and against Plaintiff Scott Lee Hamilton, as the ALJ's findings of fact are supported by substantial evidence.

4. The Clerk of Court is directed to close this case.

                                          **BY THE COURT:**

                                          **/s/ Jeffrey L. Schmehl**
                                          Jeffrey L. Schmehl, J.